IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Shari Trust, Jane Doe , | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| Silk Operating Company, LLC | ) | Case No.: 7:19-cv-08442-KMK |
| , | ) | |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Shari Trust, Jane Doe and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) Silk Operating Company, LLC .

Date: 04/29/2020

/s/ Spencer Sheehan
*Signature of plaintiffs or plaintiff's counsel*
Sheehan & Associates, P.C.
505 Northern Blvd Ste 311
*Address*

Great Neck, NY 11021
*City, State & Zip Code*

(516) 303-0552
*Telephone Number*